UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REGINO REYES,

                Petitioner,

      v.                                        9:01-CV-1472

JOSEPH COSTELLO, Superintendent of
Mid-State Correctional Facility,

                Respondent.
_____

APPEARANCES:                                OF COUNSEL:

FOR THE PLAINTIFF:

REGINO REYES, Pro Se

FOR THE DEFENDANT:

HON. ELIOT SPITZER                    MARIA MORAN, ESQ.
Attorney General of the                  Assistant Attorney General
State of New York
615 Erie Blvd. W., Suite 102
Syracuse, NY 13204-2455

NORMAN A. MORDUE, DISTRICT JUDGE

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 19th day of September, 2005. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Petition in this matter is denied and dismissed in all respects.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated:  October 11, 2005
        Syracuse, New York


*Norman A. Mordue*
Norman A. Mordue
U.S. District Judge